**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 06-cv-00283-LTB-BNB

TENNILLE SEGURA, and
MARGARET RICH,

      Plaintiffs,

v.

HOBBY LOBBY, INC., and
RICH JONES, individually,

      Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


      Defendant Hobby Lobby, Inc.'s Amended Stipulation for First Extension of Time to File Answer (Doc 6 - filed March 20, 2006) is **GRANTED up to and including April 10, 2006**.


Dated: March 21, 2006
_____