IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00283-LTB-BNB

TENNILLE SEGURA, and
MARGARET RICH,

Plaintiffs,

v.

HOBBY LOBBY STORES, INC., and
RICH JONES, individually,

Defendants.

_____

## ORDER

_____

This matter is before me on **Officer Jones' Motion for Summary Judgment and for Stay of Discovery** [Doc. # 27, filed 9/5/2006] (the "Motion for Stay") only insofar as it seeks a stay of discovery.  The parties also have filed a document captioned *Agreement to Vacate Conference of October 16, 2006* [Doc. # 47, filed 10/11/2006], which concerns the Motion for Stay.

IT IS ORDERED that the Motion for Stay is GRANTED, and discovery in this matter is STAYED except for pending written discovery and except as indicated below.

IT IS FURTHER ORDERED that the plaintiffs shall file a status report within ten days of any ruling by the district judge disposing of defendant Jones' Motion for Summary Judgment.

IT IS FURTHER ORDERED that the parties may take the deposition of Mr. Piland telephonically on October 13, 2006.

IT IS FURTHER ORDERED that the hearing set for October 13, 2006, at 3:30 p.m., is

VACATED.

Dated October 12, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge