**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 06-cv-00283-LTB-BNB

TENNILLE SEGURA, and
MARGARET RICH,

Plaintiffs,

v.

HOBBY LOBBY, INC., and
RICH JONES, individually,

Defendants.

---

**MINUTE ORDER**

---

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

Defendant Rich Jones' Unopposed Motion for Stay of All Proceedings Pending Appeal (Doc 57 - filed January 8, 2007) is **GRANTED**.

As a result of the stay, the trial preparation conference set **June 13, 2007** and the trial set **July 9, 2007 are VACATED**.

Dated: January 9, 2007

---