IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Case No. 06-cv-00283-LTB-BNB

TENNILLE SEGURA and
MARGARET RICH,

    Plaintiffs,

v.

HOBBY LOBBY STORES, INC. and
RICH JONES, individually,

    Defendants.

_____

ORDER
_____

This case is before me upon the Mandate issued by the Tenth Circuit Court of Appeals in the above-captioned matter on January 8, 2008.

In this Court's December 8, 2006 Order (Doc 51), the Court granted Defendant Rich Jones' Motion for Summary Judgment in part and denied it in part dismissing Plaintiff Ms. Rich's claim against him and dismissing Ms. Segura's claim against him to the extent that it is predicated upon the First Amendment and any allegations of unlawful detention but the motion was denied as to Ms. Segura's claim under the Fourth and Fourteenth Amendments for excessive force.  The Order was before me on Defendant Jones' motion for summary judgment based upon qualified immunity.

On December 17, 2007, the Tenth Circuit Court of Appeals entered its Order and Judgment finding that this Court erred in denying Officer Jones' qualified immunity

summary judgment motion with respect to Ms. Segura's 42 U.S.C. § 1983 excessive force claim both as to handcuffing and pushing. The Tenth Circuit Court of Appeals reversed this Court's partial denial of Officer Jones' qualified immunity motion for summary judgment and remanded for further proceedings in accordance with this issue. Mandate having issued, it appears that Defendant Jones' motion for summary judgment based on qualified immunity must now be granted in its entirety.

All remaining claims against Defendant Hobby Lobby Stores, Inc., are state based claims that are here by supplemental jurisdiction. No remaining federal question jurisdiction exists.

The Court being duly advised

IT IS ORDERED that the motion for summary judgment of Defendant Rich Jones (Doc 27) is GRANTED in its entirety and Plaintiffs' action against this Defendant is DISMISSED.

IT IS FURTHER ORDERED that within 10 days from the date of this Order, Plaintiffs shall show cause why Plaintiffs' state claims against Hobby Lobby Stores, Inc., should not be dismissed without prejudice lack of federal question jurisdiction. Defendant Hobby Lobby Stores, Inc., shall have 10 days to respond and Plaintiffs 10 days thereafter to reply.

BY THE COURT:

  s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: January 9, 2008