IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Case No. 06-cv-00283-LTB-BNB

TENNILLE SEGURA and
MARGARET RICH,

    Plaintiffs,

v.

HOBBY LOBBY STORES, INC. and
RICH JONES, individually,

    Defendants.

_____

## ORDER
_____

THIS MATTER having come before the Court on the Plaintiffs' Response to Show Cause (Doc 69 - filed January 22, 2008), wherein they moved for dismissal without prejudice of this matter against Defendant Hobby Lobby Stores, Inc. The Court, having reviewed the motion, the file, and being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                            BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED: January 23, 2008